IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KAISER, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 08-1588 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) JUDGE LANCASTER |
| | ) ELECTRONICALLY FILED |
| Defendant. | ) |

**ORDER**

AND NOW, this 18th day of May, 2009, upon consideration of the Commissioner's Motion to Remand, it is hereby

ORDERED

that such Motion is granted, and this action is remanded to Defendant for further administrative proceedings consistent with this Motion.

The remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

BY THE COURT:

/s/ John Lancaster
J.