IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD KAISER, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 08-1588
)
MICHAEL J. ASTRUE, ) JUDGE LANCASTER
Commissioner of )
Social Security, ) ELECTRONICALLY FILED
)
    Defendant. )

## ORDER

Based on the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, Karl E. Osterhout, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of Three Thousand Seven Hundred Sixty-Two dollars and Fifty cents ($3,762.50), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

BY THE COURT:

_____
J.

DATED: 6-18-09

CC: ALL COUNSEL